AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WARREN SKILLERN,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV611-027

BRUCE CHATHAM, JOHN PAUL;
and Officer BREWTON,

    Defendants.

## ORDER

After an independent and *de novo* review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff takes issue with the Magistrate Judge's "assessment" of two of the cases listed in footnote 2 of the Report and Recommendation. (Doc. No. 8, p. 1). Plaintiff makes no other assertions.

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, without prejudice. If Plaintiff wishes to proceed with this action he will be required to resubmit his complaint along with the full filing fee. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

SO ORDERED, this 23 day of June, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA